FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 29, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD RAY WRIGHT,<br><br>                   Movant,<br><br>  -vs-<br><br>UNITED STATES OF AMERICA,<br><br>                  Respondent. | No.   2:13-CR-0008-WFN-41<br><br>ORDER RE: § 2255 MOTION |

      Before the Court is Movant's second 28 U.S.C. § 2255 Motion to Vacate, Set Aside or Correct Sentence. ECF No. 4404. The Motion is submitted by Mr. Wright who is appearing *pro se* in these proceedings. The Court denied a previous 28 U.S.C. § 2255 Motion on October 15, 2018. ECF No. 4403. Four days later, Mr. Wright filed a second § 2255 Motion. He sought permission from the Ninth Circuit for a second § 2255 Motion, but his request was denied. ECF No. 4473. The Court has reviewed the file and is fully informed. Accordingly,

      **IT IS ORDERED** that Movant's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255, filed October 19, 2018, **ECF No. 4404**, is **STRICKEN**.

      The District Court Executive is directed to file this Order and provide copies to counsel and *pro se* Movant.

      **DATED** this 29th day of July, 2019.

*[signature]*

07-25-19

                                   WM. FREMMING NIELSEN
                                   SENIOR UNITED STATES DISTRICT JUDGE